IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| ROBERT ROBERTSON | ) | **FILED** |
| | ) | ST. CLAIR COUNTY |
| Plaintiff, | ) | |
| | ) | NOV 0 3 2015 |
| vs. | ) | |
| | ) | *Habelsh a. Clay* |
| MATTHEW BLACK, | ) NO: | CIRCUIT CLERK |
| | ) | |
| and | ) | 15 L 628 |
| | ) | |
| WAUSAUP AUTO CAR GROUP, | ) | |
| a corporation | ) | |
| | ) | |
| Defendants, | ) | |

## COMPLAINT

### COUNT I
(Comparative Negligence)
Robert Robertson v. Matthew Black

Now comes the Plaintiff, Robert Robertson, by and through his attorney, Thomas C. Rich, P.C., and for his cause of action against the Defendant, Matthew Black, respectfully represents unto the Court as follows:

1.     That on February 5, 2015, the Plaintiff was operating a motor vehicle traveling on the Interstate 255 Southbound ramp to Illinois Route 157 in Centreville, Illinois.

2.     That on February 5, 2015, the Defendant, Matthew Black, was operating a motor vehicle traveling on the Interstate 255 Southbound ramp to Illinois Route 157 in Centreville, Illinois.

3.     That at said time and place, the vehicle operated by the Defendant, Matthew Black, struck the rear of Plaintiff's vehicle.

**Exhibit A**

4.      That at said time and place, the Defendant, Matthew Black, committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the collision to occur:

a.      The Defendant failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of the Plaintiff;

b.      The Defendant drove his vehicle in such a manner as to cause it to strike the rear of the Plaintiff's vehicle;

c.      The Defendant failed to properly apply the brakes of his vehicle;

d.      The Defendant operated his vehicle at an excessive rate of speed which was greater than was reasonable and proper having regard for the traffic then and there upon said highway and the condition of said highway, contrary to the provisions of 625 ILCS 5/11-601; and

e.      The Defendant followed the Plaintiff's vehicle more closely than was reasonable and proper having regard for the speed of such vehicle and the traffic then and there upon said highway and the condition of the highway, contrary to the provisions of 625 ILCS 5/11-710(a).

5.      That as a direct and proximate result of one or more of the foregoing acts of negligence and/or omissions of the Defendant, Matthew Black, the Plaintiff was injured in one or more of the following ways:

a.      The Plaintiff was made sick, sore, lame, disordered and disabled and suffered extensive injuries to his head, body, and limbs, both internally and externally;

b.      The Plaintiff received injuries to his neck;

c.      The Plaintiff received injuries to his arm;

d.      The Plaintiff received injuries to his back;

e.      The Plaintiff received injuries to the soft tissues of the cervical, shoulder, and lumbar area, including the muscles, ligaments, tendons and nerves;

f.      The Plaintiff has expended money for necessary medical care, treatment and will be required to expend money for medical care, treatment and services in the future;

**Exhibit A**

g.    The Plaintiff has suffered disability as a result of his injuries;

h.    The Plaintiff has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries; and

i.    The Plaintiff has lost money from the loss of wages and will suffer an impairment of future earning capacity.

WHEREFORE, the Plaintiff, Robert Robertson, prays judgment against the Defendant, Matthew Black, for a fair and just award in excess of Fifty Thousand Dollars ($50,000.00) plus costs of this suit.

## COUNT II
(Comparative Negligence)
Robert Robertson v. Wausaup Auto Car Group, a corporation

Now comes the Plaintiff, Robert Robertson, by and through his attorney, Thomas C. Rich, P.C., and for his cause of action against the Defendant, Wausaup Auto Car Group, a corporation, (herinafter referred to as Wausaup Auto), respectfully represents unto the Court as follows:

1.    That on February 5, 2015, the Plaintiff was operating a motor vehicle traveling on the Interstate 255 Southbound ramp to Illinois Route 157 in Centreville, Illinois.

2.    That on February 5, 2015, the Defendant, Wausaup Auto, by and through its agent and employee, Mathew Black, was operating a motor vehicle traveling on the Interstate 255 Southbound ramp to Illinois Route 157 in Centreville, Illinois.

3.    That at said time and place, the vehicle operated by the Defendant, Wausaup Auto, by and through its agent and employee, Matthew Black, struck the rear of Plaintiff's vehicle.

**Exhibit A**

4.      That at said time and place, the Defendant, by and through its agent and employee, committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the collision to occur:

   a.   The Defendant failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of the Plaintiff;

   b.   The Defendant drove its vehicle in such a manner as to cause it to strike the rear of the Plaintiff's vehicle;

   c.   The Defendant failed to properly apply the brakes of its vehicle;

   d.   The Defendant operated its vehicle at an excessive rate of speed which was greater than was reasonable and proper having regard for the traffic then and there upon said highway and the condition of said highway, contrary to the provisions of 625 ILCS 5/11-601; and

   e.   The Defendant followed the Plaintiff's vehicle more closely than was reasonable and proper having regard for the speed of such vehicle and the traffic then and there upon said highway and the condition of the highway, contrary to the provisions of 625 ILCS 5/11-710(a).

5.      That as a direct and proximate result of one or more of the foregoing acts of negligence and/or omissions of the Defendant, Wausaup Auto, by and through its agent and employee, Matthew Black, the Plaintiff was injured in one or more of the following ways:

   a.   The Plaintiff was made sick, sore, lame, disordered and disabled and suffered extensive injuries to his head, body, and limbs, both internally and externally;

   b.   The Plaintiff received injuries to his neck;

   c.   The Plaintiff received injuries to his arm;

   d.   The Plaintiff received injuries to his back;

   e.   The Plaintiff received injuries to the soft tissues of the cervical, shoulder, and lumbar area, including the muscles, ligaments, tendons and nerves;

   f.   The Plaintiff has expended money for necessary medical care, treatment and will be required to expend money for medical care, treatment and services in the future;

**Exhibit A**

g.     The Plaintiff has suffered disability as a result of his injuries;

h.     The Plaintiff has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries; and

i.     The Plaintiff has lost money from the loss of wages and will suffer an impairment of future earning capacity.

WHEREFORE, the Plaintiff, Robert Robertson, prays judgment against the Defendant, Wausaup Auto Car Group, a corporation, for a fair and just award in excess of Fifty Thousand Dollars ($50,000.00) plus costs of this suit.

Respectfully submitted,

BY:    THOMAS C. RICH, P.C.
Mr. Thomas C. Rich #06186229
Ms. Kristina D. Cooksey #6299549
Mrs. Michelle M. Rich #6310004
Attorneys at Law
6 Executive Drive, Suite 3
Fairview Heights, IL 62208
618-632-0044 PHONE
618-632-9749 FAX
tomrich@tomrichlaw.com

Page 5 of 6

**Exhibit A**

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

ROBERT ROBERTSON                         )
                                         )
    Plaintiff,                           )
                                         )
vs.                                      )
                                         )
MATTHEW BLACK,                           ) NO: 15L628
                                         )
and                                      )
                                         )
WAUSAUP AUTO CAR GROUP,                  )
a corporation                            )
                                         )
    Defendants,                          )

FILED
ST. CLAIR COUNTY
NOV 0 3 2015
CIRCUIT CLERK

**AFFIDAVIT**

Now comes Thomas C. Rich, P.C. attorney for the Plaintiff in the above titled action and

at the time of the filing of this Complaint have reasonable grounds to believe that the damages to

the Plaintiff as a result of the injuries sustained herein will be in excess of Fifty Thousand

Dollars ($50,000.00).

10/30/15
_____
DATE

BY:   THOMAS C. RICH, P.C.
Mr. Thomas C. Rich #06186229
Ms. Kristina D. Cooksey #6299549
Mrs. Michelle M. Rich #6310004
Attorneys at Law
6 Executive Drive, Suite 3
Fairview Heights, IL 62208
618-632-0044 PHONE
618-632-9749 FAX
tomrich@tomrichlaw.com

Page 6 of 6

**Exhibit A**

# THOMAS C. RICH, P.C.

### ATTORNEYS AT LAW

Thomas C. Rich *
Kristina D. Cooksey *
Michelle M. Rich *
* Licensed in Illinois And Missouri
Tax I.D. #37-1319460

6 EXECUTIVE DRIVE, SUITE 3
FAIRVIEW HEIGHTS, IL 62208

(618) 632-0044
Fax (618) 632-9749
tomrich@tomrichlaw.com

Practice Limited To
Workers' Compensation,
Personal Injury And
Disability Claims

```
FILED
ST. CLAIR COUNTY
NOV 03 2015
CIRCUIT CLERK
```

October 30, 2015

Clerk of the Circuit Court
St. Clair County Courthouse
#10 Public Square, P.O. Box 7960
Belleville, IL  62220-7960

RE:    Robert Robertson v. Matthew Black and Wausaup Auto Car Group, a corporation

To Whom It May Concern:

Enclosed please find a Complaint and Master Record Sheet regarding the above mentioned matter which I ask that you please file.

Please issue summons upon the Defendant and return same along with a file marked copy of the Complaint back to this office so that we may obtain service upon the Defendant.

Please charge our Firm Suspense Account #16 for the filing fees. Thank you.

Very Truly Yours,

Thomas C. Rich

TCR/amh
Enclosure

**Exhibit A**

## ST CLAIR COUNTY
### TWENTIETH CIRCUIT COURT, KAHALAH A. CLAY

**RECEIPT #:** C    000392904         **DATE:** 11-03-2015         **TIME:** 13:10:44
**RECEIVED OF:** THOMAS C. RICH, P.C.                             **MEMO:**
**PART. ID:** 820591
**BY CLERK:** gt
**CHECKS:**                                                       **SUSPENSE ACCT ID:** 000000016

| CASH | CREDIT | CHANGE | OTHER |
|------|--------|--------|-------|
| $0.00 | $0.00 | $0.00 | $268.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|-------------|-------|-------------|---------|--------|
| 15-L-0628<br>ROBERTSON VS BLACK ET AL<br>PARTY: ROBERTSON ROBERT | 2023 | PMT:CFIL COMPLAINT FILING FEE | | $268.00 |

TOTAL RECEIPT...          $268.00

**Exhibit A**

**MASTER RECORD SHEET**
**CIRCUIT COURT OF ST. CLAIR COUNTY**

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1, 2, 3, 5, & 6<br>Complete 4 if Small Claims Case.<br>Sections 3, 5 & 6 For Office Use Only. | Case Number 15L 628 |
|---|---|
| | Amount Claimed |

**1.**

Robert Robertson

vs   Matthew Black

Plaintiff(s)                                                Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

**2.** Pltf. Atty. Thomas C Rich PC _____ Code _____
Address 10 Executive Dr., Suite 3
City Fairview Heights, IL 62208 Phone 6186320044
Add. Pltf. Atty. _____ Code _____
Is Personal Injury Involved
☒ Yes        ☐ No
Does Pltf. Demand A Jury Trial
☐ Yes        ☒ No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

**3.** NAME Matthew Black

ADDRESS N315 County HH #4

CITY & STATE Aniwa, WI 54408

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS    Complete This Section For Small Claims

Please Set This Case For _____ Court Location _____ at _____ M. On _____ 20 __

**5.**

A. Is an insurance carrier involved?   ☐ Yes   ☐ No

B. If yes please give company name: _____

**6.**

A. Is there a minor involved?   ☐ Yes   ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary   ☐ Yes   ☐ No

FILED
ST. CLAIR COUNTY
NOV 04 2015

**SEE REVERSE FOR**

**CASE CLASSIFICATIONS AND CODES**

**Exhibit A**
CC-MR-1

MASTER RECORD SHEET

# CIRCUIT COURT OF ST. CLAIR COUNTY

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1, 2, 3, 5, & 6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Case Number  15 L 628 |
|---|---|
| | Amount Claimed _____ |

**1.**

Robert Robertson

vs   Wausaup Auto Car Group, a corporation

Plaintiff(s)                                              Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix _____ Code_____ Nature of Action _____ Code_____

**2.** Pltf. Atty. Thomas C Rich PC _____ Code_____

Address  u Executive Dr., Suite 3 _____

City  Fairview Heights, IL 62208 _ Phone 6186320044

Add. Pltf. Atty. _____ Code_____

Is Personal Injury Involved
☒ Yes      ☐ No

Does Pltf. Demand A Jury Trial
☐ Yes      ☒ No

(THIS DOES NOT CONSTITUTE A JURY DEMAND)

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

**3. NAME**  Wausaup Auto Car Group, a corporation

**ADDRESS**  2719 Steward Ave.

**CITY & STATE**  Wausau, WI 54401

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS     Complete This Section For Small Claims

Please Set This Case For_____ Court Location _ at _____ M. On _____ 20 __

**5.**

A. Is an insurance carrier involved?     ☐ Yes    ☐ No

B. If yes please give company name: _____

**6.**

A. Is there a minor involved?     ☐ Yes    ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary     ☐ Yes    ☐ No

FILED
ST. CLAIR COUNTY
NOV 04 2015
CIRCUIT CLERK

SEE REVERSE FOR

CASE CLASSIFICATIONS AND CODES

**Exhibit A**

CC-MR-1

# THOMAS C. RICH, P.C.

## ATTORNEYS AT LAW

Thomas C. Rich *
Kristina D. Cooksey *
Michelle M. Rich *
* Licensed in Illinois And Missouri
Tax I.D. #37-1319460

6 EXECUTIVE DRIVE, SUITE 3
FAIRVIEW HEIGHTS, IL 62208

(618) 632-0044
Fax (618) 632-9749
tomrich@tomrichlaw.com

Practice Limited To
Workers' Compensation,
Personal Injury And
Disability Claims

```
FILED
ST. CLAIR COUNTY

DEC 0 3 2015

CIRCUIT CLERK
85
```

November 30, 2015

Clerk of the Circuit Court
St. Clair County Courthouse
#10 Public Square, P.O. Box 7960
Belleville, IL 62220-7960

      RE:   Robert Robertson v. Matthew Black and Wausaup Auto Car Group, a corporation
      NO:   15 L 628

To Whom It May Concern:

     I respectfully request that you please issue an ALIAS summons upon the Defendant, Matthew Black, and return same back to this office so that we may obtain service upon the Defendant.

     Enclosed please find a check in the amount of $5.00 for same. Thank you.

Very Truly Yours,

Thomas C. Rich

TCR/jmb
Enclosure

**Exhibit A**

# THOMAS C. RICH, P.C.

### ATTORNEYS AT LAW

Thomas C. Rich *
Kristina D. Cooksey *
Michelle M. Rich *
* Licensed in Illinois And Missouri
Tax I.D. #37-1319460

6 EXECUTIVE DRIVE, SUITE 3
FAIRVIEW HEIGHTS, IL 62208

(618) 632-0044
Fax (618) 632-9749
tomrich@tomrichlaw.com

Practice Limited To
Workers' Compensation,
Personal Injury And
Disability Claims

```
FILED
ST. CLAIR COUNTY

DEC 0 4 2015

CIRCUIT CLERK
85
```

November 30, 2015

Clerk of the Circuit Court
St. Clair County Courthouse
#10 Public Square, P.O. Box 7960
Belleville, IL   62220-7960

      RE:    Robert Robertson v. Matthew Black and Wausaup Auto Car Group, a corporation
      NO:    15 L 628

To Whom It May Concern:

      Enclosed please find service on Defendant, Wausau Auto Car Group, with regard to the above captioned case. Thank you.

          Very Truly Yours,

          Thomas C. Rich

TCR/jmb
Enclosure

**Exhibit A**

CERTIFICATE OF SERVICE

STATE OF WISCONSIN
COUNTY OF MARATHON

CV15002316
15L628

PERSON TO BE SERVED:   WAUSAU AUTO CAR GROUP

PARTY SERVED/ATTEMPTED:   RHEIN,RICHARD

RELATIONSHIP:   MGR

DATE:   11-16-2015          TIME:   13:30

FILED
ST. CLAIR COUNTY
DEC 0 4 2015
65    CIRCUIT CLERK

PLACE OF SERVICE:   2719 STEWART AV
                    WAUSAU        , WI    54401

DOCUMENTS(S) SERVED/UNSERVED:

St. Clair Co., IL Summons/Complaint Personal Injury

------------------------------------------------------------------------

THE UNDERSIGNED DEPUTY SHERIFF OF MARATHON COUNTY, STATE OF WISCONSIN,
HEREBY CERTIFIES THAT ON THE DATE AND AT THE PLACE LISTED ABOVE, THE
PARTY DESIGNATED ABOVE WAS DULY SERVED BY THE UNDERSIGNED OFFICER.
------------------------------------------------------------------------

TYPE OF SERVICE:   SERV

On 11/16/2015 Deputy Pitt served Richard Rhein, Sales Manager for
Wausau Auto Car Group, the Summons/Complaint Personal Injury papers.

TYPE OF PAPER:   SCPI

ATTEMPTS:   1

RENEE OAKES
NOTARY PUBLIC
STATE OF WISCONSIN

SCOTT PARKS, SHERIFF
MARATHON COUNTY, WISCONSIN

CHARGE AMOUNT:          $75.00

PAID AMOUNT:            $75.00          SERVED BY:   DEAN PITT

BALANCE DUE:            $.00            EMPLOYEE NUMBER:   2052

STATE OF WISCONSIN
COUNTY OF MARATHON

This document was personally signed before me on November 16, 2015 by Deputy Pitt, #2052.

NOTARY'S SIGNATURE Renee Oakes

NOTARY'S COMMISSION DATE 11-30-18

**Exhibit A**

State of Illinois )
County of St. Clair ) S.S.

Case Number ___15 L 628___

Amount Claimed _____

| | |
|---|---|
| Robert Robertson | VS Wausaup Auto Car Group, a corporation |
| **Plaintiff(s)** | **Defendant(s)** |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Thomas C Rich PC _____ Code _____
Address 6 Executive Dr., Suite 3 _____
City Fairview Heights, IL 62208 Phone 618 632 6014
Add. Pltf. Atty. _____ Code _____

NAME Wausaup Auto Car Group, a corporation
ADDRESS 2719 Steward Ave.

CITY & STATE Wausau, WI 54401

**SUMMONS**
To the above named defendant(s). . . . . . :

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20 __
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 11 - 4 - 20 15 _____

Kahalah Clay

Clerk of Court

BY DEPUTY: _____

**SEAL**

DATE OF SERVICE: _____ , 20 ____
(To be inserted by officer on copy left with defendant or other person)

**Exhibit A**

State of Illinois )
County of St. Clair ) S.S.

Case Number 15L 1028

Amount Claimed _____

Robert Robertson

VS  Wausaup Auto Car Group,
a corporation?

Plaintiff(s)                                                    Defendant(s)

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. _____ Code _____
Address _____
City _____ Phone _____
Add. Pltf. Atty. _____ Code _____

NAME  Wausaup Auto Car Group,
a corporation

ADDRESS  2719 Steward Ave.

**SUMMONS COPY**

To the above named defendant(s)........:

CITY & STATE Wausau, WI 54401

[ ] A. You are hereby summoned and required to appear before this court at

(court location) _____ at _____ M. On _____ 20 ___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[X] B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 11-4- 20 15

Clerk of Court

BY DEPUTY: _____

SEAL

DATE OF SERVICE _____ , 20 ___
(To be inserted by officer on copy left with defendant or other person)

**Exhibit A**

NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $15,000 - - SEE REVERSE SIDE

ST. CLAIR COUNTY
TWENTIETH CIRCUIT COURT, KAHALAH A. CLAY

**RECEIPT #:** C    000395602          **DATE:** 12-07-2015          **TIME:** 08:59:09
**RECEIVED OF:** THOMAS C. RICH, P.C.                                **MEMO:**
    **PART. ID:** 820591
    **BY CLERK:** gt
    **CHECKS:** A    55215                  $5.00

| CASH | CREDIT | CHANGE | OTHER |
|------|--------|--------|-------|
| $0.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|-------------|-------|-------------|---------|--------|
| 15-L-0628 | 2010 PMT:CALSUM ALIAS SUMMONS | | | $5.00 |
| ROBERTSON VS BLACK | | | | |
| PARTY: RICH THOMAS C | | | | |

                                                          **TOTAL RECEIPT...**          $5.00

\*   CHECK/CHEQUE IS CONDITIONAL PAYMENT
\* PENDING RECEIPT OF FUNDS FROM BANK. \*

**Exhibit A**

**CIRCUIT COURT OF ST. CLAIR COUNTY**

| | |
|---|---|
| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6<br>Complete 4 if Small Claims Case.<br>Sections 3, 5 & 6 For Office Use Only. | Case Number __15L623__<br><br>Amount Claimed _____ |

**1.**

Robert Robertson        VS        Matthew Black

**Plaintiff(s)**                                                    **Defendant(s)**

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

**2.** Pltf. Atty. Thomas C Rich PC _____ Code _____
Address 6 Executive Dr., Suite 3
City Fairview Heights, IL 62208 Phone 6186320044
Add. Pltf. Atty. _____ Code _____
Is Personal Injury Involved
☒ Yes        ☐ No
Does Pltf. Demand A Jury Trial
☐ Yes        ☒ No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

**3.** NAME Matthew Black

ADDRESS N315 County HH #4

CITY & STATE Aniwa, WI 54408

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS        Complete This Section For Small Claims

Please Set This Case For _____ at _____ M. On _____ 20 __
                    **Court Location**

**5.**
A. Is an insurance carrier involved?   ☐ Yes   ☐ No

B. If yes please give company name: _____

**6.**
A. Is there a minor involved?   ☐ Yes   ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary   ☐ Yes   ☐ No

FILED
ST. CLAIR COUNTY
DEC 14 2015
CIRCUIT CLERK

SEE REVERSE FOR

CASE CLASSIFICATIONS AND CODES

**Exhibit A**

# CODE - NATURE OF ACTION

| Type of Case | | Prefix | Code |
|---|---|---|---|
| CASE CLASSIFICATION | | | |
| Law over $15,000 | Jury | L | 01 |
| | Non Jury | L | 02 |
| Law $15,000 to $50,000 | Jury | LM | 03 |
| | Non Jury | LM | 04 |
| $1000.00 & under Small Claims | | SC | 05 |
| TAX | | TX | 06 |
| Eminent Domain | | ED | 07 |
| Misc. Remedies | | MR | 08 |
| Chancery | | CH | 09 |
| Family | | F | 10 |
| Divorce | | D | 11 |
| Probate | | P | 12 |
| Felony | | CF | 13 |
| Juvenile | | J | 14 |
| Mental Health | | MH | 15 |
| Municipal Corporations | | MC | 16 |

**LAW - (L Cases: over $15,000)**
**LM Cases: $1,000 to $15,000**
1. Tort - Money Damages - Auto
2. Tort - Money Damages - Other
3. Contract - Money Damages
4. Confession of Judgment
5. Forcible entry and Detainer
6. Distress for Rent
7. Statutory Action by State to Recover Support or Contribution
8. Arbitration and Award
9. Detinue
10. Ejectment
11. Replevin
12. Trover
13. Other (Specify):

**SMALL CLAIMS - SC Cases**
**$1,000 and Under**
1. Tort or Contract for money
2. Collection of Taxes
3. Other (Specify):

**CHANCERY - (CH Cases): ORIGINAL actions for equitable relief, except DIVORCE:**
1. Injunctions (except in TAX cases)
2. Real Estate or Chattel Mortgage Foreclosure
3. Mechanic Lien Foreclosure
4. Partnership Dissolution
5. Specific Performance
6. Will Contest
7. Construction of Will
8. Construction of Inter Vivos Trust
9. Construction of Testamentary Trust
10. Trust Administration
11. Quiet Title
12. Other (Specify):

**MISCELLANEOUS REMEDIES (MR Cases)**
1. Review of Administrative Proceedings (Other than Tax Commissions)
2. Declaratory Judgment
3. Corporation Dissolution
4. Change of Name
5. Habeas Corpus (Civil)
6. Mandamus
7. Prohibition
8. Quo Warranto
9. Attachment, Original action for
10. Ne Exeat, Original action for
11. Escheat
12. Scire Facias (regardless of amt.)
13. Burnt Records
14. Certiorari
15. Election Contest
16. Other (Specify):

**DIVORCE (D Cases):**
1. Divorce
2. Annulment
3. Separate maintenance
4. Other

**ADMINISTRATION OF ESTATES (P cases)**
1. Decedent - Testate
2. Decedent - Intestate
3. Conservatorship of Person
4. Conservatorship of Estate
5. Conservatorship of Person and Estate
6. Guardianship of Person
7. Guardianship of Estate
8. Guardianship of Person and Estate
9. Administrator to Collect
10. Other (Specify):

**TAX (TX Cases): Relating to taxes and special assessments (excluding tax cases under small claims procedure) including:**
1. Recovery of Delinquent Personal Property taxes
2. Retailer's Occupation Tax
3. Tax Refund, Petition for
4. Tax Foreclosure
5. Tax Injunction
6. Annual Tax Sale
7. Scavenger Tax Sale
8. Inheritance Tax Proceeding (Where there is no probate proceeding)
9. Tax Commission, Review of decision
10. Drainage Assessment
11. Special Assessment
12. Foreclosure of lien for special assessments
13. Suit to restrain collection of special assessments
14. Other (Specify):

**EMINENT DOMAIN (ED Cases)**

**MENTAL HEALTH (MH Cases): (Only if original actions)**
1. Commitment
2. Petition for Discharge
3. Petition for Restoration
4. Other (Specify):

**FELONY (CF Cases): Indictment charging felony if not preceded by pre-arraignment proceeding:**
1. Capital Offense
2. Non-capital Offense
3. Habeas Corpus (Criminal) or Coram Nobis
4. Fugitive Warrant or Waiver of Extradition

**MISDEMEANOR (CM Cases): Any misdemeanor, including all offenses for which no penalty is otherwise provided, but excluding traffic and conservation cases, ordinance violations, non-support cases or cases involving families and/or minor children.**
1. Misdemeanor punishable by fine and/or jail
2. Indictment charging misdemeanor punishable by imprisonment in the penitentiary if not preceded by pre-arraignment proceeding

**FAMILY (F Cases): Excluding Divorce, but including:**
1. Adoption
2. Reciprocal Non-support
3. Paternity Act
4. Neglect and Refusal to Support
5. Petition for Juvenile Marriage
6. Other (Specify):

**JUVENILE (J Cases): Proceedings under the Juvenile Court Act:**
1. Delinquency
2. Minor in Need of Supervision
3. Dependency
4. Neglect
5. Truancy
6. Other (Specify):

**MUNICIPAL CORPORATIONS (MC Cases):**
1. Petition to Organize Municipal Corporation
2. Other (Specify):

# Exhibit A

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST CLAIR COUNTY, ILLINOIS

INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

| ROBERTSON VS BLACK | 15-L-0628 |
|---|---|

TO:    A FILE COPY

FILED
ST. CLAIR COUNTY

DEC 1 6 2015

68
CIRCUIT CLERK

Date : 1/19/2016          Time : 9:00 AM          Room : 403

The above-styled case is assigned to:  HON. VINCENT LOPINOT.

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1.    Service upon all of the parties;
2.    Whether the case will be jury or no-jury;
3.    The nature, issues, and complexity of the case;
4.    Simplification of the issues;
5.    Amendments and challenges to the pleadings;
6.    Admissions of fact and documents;
7.    Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8.    Third parties;
9.    Scheduling of settlement conferences;
10.    Necessity of subsequent case management conferences;
11.    Trial settings.

Office of Chief Judge

L63

**Exhibit A**

## State of Illinois
### IN THE TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, BELLEVILLE, ILLINOIS

PLAINTIFF

~~Kirkharius.~~
Robertson
V
Black
wausup

No.
15-L-629



FILED
ST. CLAIR COUNTY
JAN 1 9 2016
CIRCUIT CLERK
45

**ORDER**

This cause coming before the Court, the Court being fully advised in the premises and having jurisdiction of the subject matter;

The Court finds:

IT IS THEREFORE ORDERED:

Comes Now Defendants
and ~~settle~~ continue the
above case Until Apr. 125

Enter:

Attorneys:

.....................................
Plaintiff

.....................................
Defendant

.....................................
Judge

**Exhibit A** FORM 11-4-13
FREEBURG PRINTING & PUBLISHING, INC. • 618-539-3320